CHARLES HYDE and SALLY HYDE, Appellants, v. WILLIAM J. DALTON, as Mayor of the City of Long Beach, N. Y., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for thirty days to enable appellants to apply to the Court of Appeals. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

In the Matter of the Application of EVELYN GOLDSMITH, Appellant, for an Order of Prohibition against LESLIE J. EKENBERG, Police Justice of the Village of Lawrence, County of Nassau, State of New York, and JOHN P. HOWARD, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

EUGENE KADE, Respondent, v. SANITARY FIREPROOFING AND CONTRACTING COMPANY, Appellant.— Motion for reargument granted to the extent of the single proposition, whether the title of the appellant to the assets of the alleged copartnership or to part thereof was derived from the deceased alleged copartner so as to render plaintiff incompetent to testify thereto, and case set down for such reargument for Wednesday, November 6, 1929. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN SANTORELLI and JOHN ARIGLE, Appellants.— Motion for enlargement of time granted upon condition that the appeal be perfected and brought on for argument at the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Kapper, Hagarty, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents upon the ground that the court has no power, under section 535 of the Code of Criminal Procedure,* to grant more than one extension of time. Motion to submit on stenographer's minutes granted; the briefs to be printed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. A. HENRY MOTLEY, Appellant, v. JOHN ZIVALY or Any Other Person Having Custody of A. HENRY MOTLEY, Respondent.— Motion for substitution of attorneys granted upon payment of $250 to appellant's attorney within five days from service of a copy of the order entered herein; in which event all records and papers in the case in the hands of appellant's attorney, including the brief, shall be turned over to the substituted attorneys. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. HERBERT E. ROSS, Appellant, v. LEWIS E. LAWES, as Warden of Sing Sing Prison, etc., Respondent.— Motion to be heard on original papers granted; briefs to be printed. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Carswell, JJ.

* Amd. by Laws of 1926, chap. 464.— [REP.